Bankruptcy Case No. 12-32728-KRH

Adversary Proceeding No. 13-03032-KRH

# CERTIFICATE OF SERVICE

I, Pia J. North _____, certify that I am, and at all times during the service of process was, not less than
(name)
18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made February 21, 2013 _____ by:
(date)

**X**   Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
J. Judson McKellar, Jr., VHDA, 601 S. Belvidere St, Richmond, VA 23220; Donald L. Ritenour, VHDA, 601 S. Belvidere St, Richmond, VA 23220; Susan Dewey, Executive Director, VHDA, 601 S. Belvidere St, Richmond, VA 23220; VHDA, Secretary of the Commonwealth of Virginia, 1111E. Broad St., Richmond, VA 23219

__   Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

__   Residence Service: By leaving the process with the following adult at:

__   Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

__   Publication: The defendant was served as follows: [Describe briefly]

__   State Law: The defendant was served pursuant to the laws of the State of _____,
as follows: [Describe briefly]                                                             (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

_____February 21, 2013_____          /s/ Pia J. North_____
Date                                   Signature

**Print Name**

Pia J. North, Esq.

**Business Address**

5913 Harbour Park Drive

| **City** | **State** | **Zip** |
|---|---|---|
| Midlothian, VA   23112 | | |

[ver. 05/02]